# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

KRISNA CLARK                                                                PLAINTIFF

VS.                          1:15CV00106-BRW
                             1:15CV00109-BRW

JEREMY GLENN and
KENYON JEFFREY                                                              DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came on for trial September 26, 2017, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on September 27, 2017, in favor of the Defendants, Jeremy Glenn and Kenyon Jeffrey.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Krisna Clark, take nothing on his complaint against the Defendants, Jeremy Glenn and Kenyon Jeffrey, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of October, 2017.

Nunc Pro Tunc: September 27, 2017.

                                    /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE